UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONOR HEENAN, | CASE NO.  5:24-CV-01423 |
| Plaintiff, | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **ORDER OF REMAND** |
| Defendant. | |

Before the Court is the Report and Recommendation (R&R) of Magistrate Judge Darrell A. Clay recommending the Court reverse the decision of the Commissioner of Social Security and remand the matter for further proceedings.  (Doc. 12.)  On June 10, 2025, the Commissioner timely responded and advised the Court that the Commissioner would not be filing any objections to the R&R.  (Doc. 13.)

The Court has reviewed the R&R and ADOPTS same.  The decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner for additional proceedings consistent with the R&R.

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

Date:  June 24, 2025